```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PATRICK FROST, Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-502 LKK |
| ) Plaintiff, ) | STIPULATION AND ORDER CONTINUING CASE |
| v. ) | |
| ) JOHN PATRICK FROST, Jr., ) | Date: January 10, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Michelle Prince, Assistant United States Attorney, and JOHN PATRICK FROST, Jr., by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case (the first scheduled in this case) be continued from January 10, 2012 to March 6, 2012. This continuance is sought to permit counsel to review further already received discovery, to request additional discovery, and to consider the needs for investigation and motions.

**IT IS ALSO STIPULATED** that the interests of justice furthered by

1 granting this continuance outweigh the interests of the public and the
2 defendant in a speedy trial.
3    **IT IS SO STIPULATED**.
4 Dated: January 6, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JOHN PATRICK FROST, Jr.

Dated: January 6, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Michelle Prince
Michelle Prince
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted.  For the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until March 6, 2012, 2012, at 9:15 a.m. on this court's regular criminal calendar.

   IT IS SO ORDERED.

Dated: January 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Smith Stip/Order                   -2-