```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PATRICK FROST, Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN PATRICK FROST, Jr.,<br><br>  Defendant. | Case No. 2:11-cr-502 LKK<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date: April 3, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Michelle Prince, Assistant United States Attorney, and JOHN PATRICK FROST, Jr., by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from April 3, 2012 to May 22, 2012. This continuance is sought to permit counsel to review further already received discovery, to request additional discovery, and to consider the needs for investigation and motions.

///

///

**IT IS ALSO STIPULATED** that the interests of justice furthered by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Dated: April 2, 2012

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ JEFFREY L. STANIELS
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOHN PATRICK FROST, Jr.

Dated: April 2, 2012

                              BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Michelle Prince
                              Michelle Prince
                              Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. For the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until May 22, 2012, at 9:15 a.m. on this court's regular criminal calendar.

IT IS SO ORDERED.

Dated: April 3, 2012

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT