```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PATRICK FROST, Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN PATRICK FROST, Jr.,<br><br>　　　　　Defendant.<br>_____ | ) Case No. 2:11-cr-502 LKK<br>) CORRECTED<br>) STIPULATION AND ORDER CONTINUING<br>) CASE<br>)<br>) Date: July 10, 2012<br>) Time: 9:15 a.m.<br>) Judge: Hon. Lawrence K. Karlton<br>)<br>) |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Michelle Prince, Assistant United States Attorney, and JOHN PATRICK FROST, Jr., by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from July 10, 2012 to August 28, 2012. This continuance is sought to permit counsel for the parties to continue on-going negotiations regarding possible non-trial disposition, as well as the need for some related in-house consultation in connection with approving any agreement.

/ / /

1  **IT IS ALSO STIPULATED** that the interests of justice furthered by
2  granting this continuance outweigh the interests of the public and the
3  defendant in a speedy trial.

4  **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial
5  Act be excluded between July 10, 2012, and August 28, 2012, pursuant to
6  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

7  **IT IS SO STIPULATED**.

Dated: July 9, 2012
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ JEFFREY L. STANIELS
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JOHN PATRICK FROST, Jr.

Dated: July 9, 2012

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/ Michelle Prince
                                   Michelle Prince
                                   Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted.  For the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. The above captioned matter is ordered to be continued until August 28, 2012, at 9:15 a.m. on this court's regular criminal calendar. Therefore, Time is excluded between July 10, 2012 and August 28, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

IT IS SO ORDERED.

Dated: July 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Frost Stip/Order                           -3-